Director/Housing Secretary
Harold Glen Fuller
213 North La-Brea Avenue #110
Inglewood, California 90301
PH: 816-718-6769
Plaintiff in Pro Per



FILED
CLERK, U.S. DISTRICT COURT

DEC 1 4 2010
12:02

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF CALIFORNIA

Harold Fuller ,
ETHIOPIAN WORLD FEDERATION INC:
Plaintiff_____

vs.

Veterans' Affair: Andre Birotte Jr.
Leon W. Weidman, Jonathan B.
Klinck. Eric K. Shinseki  Karen
Franz,  Susan E. Hayes,  Lisa Jacobs)
Gary Y. Monij, Leslie, Mueller
Anthony Young, Pemco LTD: Mike )
Sherman, Rebecca, Mary Dewan
Linda O'Connor, Phillis Ford,
Elizabeth Philippon, DMV: Dale E.
Bonner, James Wakefield,
A
L.A. Sup; Court: Dennis A. Anchoret)
BA280313: 9903172, 10-28-08: 96106JT: 8/5/08)
9921635: 9/24/08: Fredrick A Raeedie,
Anthony Cooper,
Jack A. Sweeney #09M02612(3/24/2009) )
AT&T Nathan Pieceson, Coleman
Mobile Mini LLC: % Carrie Lee
Douglas Timmerman, Kern County
Tax-collector: Renee: U.S. Justice
Department: Jennifer, Bickford, Eric )
Stitely. Casco Reynaldo/BOA AVP )
Norma J. Dudgeon: Jackson County )
Courthouse

First Amend  Case#CV10-8067 R VBKx:
COMPLAINT,
CIVIL RIGHTS COMPLAINT
18 U.S.C. § 242, 42 U.S.C. § 1981,
42 U.S.C. § 1983, 42 U.S.C. § 1985,
DISCRIMINATION & RETALIATION,
FRAUD UPON THE COURT,
STEALING AND TAMPERING OF
EVIDENCE BY ATTORNEYS.

**Motion For Sanction for not compliance of Ordered
To Show Cause:  October 20, 2010.**

**Motion For Sanction for not compliance of Law:
after filing Charge of Discrimination 42 U.S.C:1983
& 1985.**

**Motion For Sanction for not compliance of Law:
Making false statement, of the International &
National Law:**

**JURY TRIAL DEMAND:**

Date:

time!

Judge: Real.

# TABLE OF CONTENT

Jurisdiction ------------------------------------------------------------ 1.

Parties ------------------------------------------------------------ 3.

Nature of Action------------------------------------------------------ 5.

Supporting Facts ------------------------------------------------ 6.

Factual and Procedural Background ---------------------------------- !.

A National Legacy of  Ethiopian/African Marine Corp---------------- !!

Request for Relief------------------------------------------------ 7.

Why we must Combat Money Laundering----------------------------- !!

NACDL Summary of USA Patriot Act-------------------------------- !!!

Response of the USA to Recommendation of the United Nations Human Rights
Council------------------------------------------------------------------ !!!!

Ethiopian World Federation Inc Analysis for Monitoring Responsible Entities for
Compliance with 24 CFR Part 58 for FY-2010-2025---------------------------- !!!!!

## JURISDICTION

1. Jurisdiction is proper in this court according to 18 U.S.C. § 242, 42 U.S.C. § 1981, 42

2. U.S.C. § 1983 and 42 U.S.C. § 1985. Ku Klux Klanish conduct allows Plaintiff to seek

3. protection in federal court. The plaintiff is the chosen instrument of Congress to

4. vindicate "a policy that Congress considered of the highest priority." *Christiansburg*

5. *Garment Co. v. EEOC*, 434 U.S. 412, 418 (1978). Congress mandates courts to not sit

6. idly by when it is very straightforward to unearth criminal acts by Attorneys and others

7. in a Title VII case. Congress mandates courts to protect victims of discrimination and

8. retaliation. It is stated in *Monroe v. Pape*, 365 U.S. 167, 180, (1961),

> "It is abundantly clear that one reason the legislation was passed was to afford a federal right in federal courts because, by reason of prejudice, passion, neglect, intolerance or otherwise, state laws might not be enforced and the claims of citizens to the enjoyment of rights, privileges, and immunities guaranteed by the Fourteenth Amendment might be denied by the state agencies."

9. Also see *Adickes v. Kress & Co.*, 398 U.S. 144, 219, (1970), *Republican Party of*

10. *Minnesota Et Al. v. White, Chairperson, Minnesota Board of Judicial Standards*, 536

11. U.S. 765, (2001), and *Dennis v. Sparks*, 449 U.S. 24, 31, (1980). Representative Perry

12. quoted by the United Stated Supreme Court in *Mitchum v. Foster*, 407 U.S. 225, 241,

13. (1972), The doctrine of the United States Supreme Court in *Hazel-Atlas*, echoed in

14. *Chewning v. Ford Motor Co.*, 354 S.C. 72, 83-84, (2003),
> "Attorney fraud calls into question the integrity of the judiciary and erodes public confidence in the fairness of our system of justice. Accordingly, where an attorney embarks on a scheme to either suborn perjury or intentionally conceal documents, extrinsic fraud constituting a fraud upon the court occurs."
> " We note because fraud upon the court is an affront to the administration of justice, a litigant who has been defrauded need not establish prejudice. Hazel-Atlas Glass Co. v. Hartford-Empire Co., supra; Dixon v. Comm'n of Internal Revenue, 2003 WL 1216290 (9th Cir. 2003) (" . . . the perpetrator of the fraud [upon the court] should not be allowed to dispute the effectiveness of the fraud after the fact.")."

15. The doctrine of *Hazel-Atlas* allows courts to promptly protect victims of discrimination

1.

16. and retaliation from additionally being victims of criminal acts by Attorneys. Title 18

17. U.S.C. § 242, for example, mandates it as well. The court has jurisdiction and authority

18. to enter judgment in favor of Plaintiff after additionally taking note of the doctrines of

19. the United States Supreme Court in papers such as *Albemarle Paper Co. v. Moody*, 422

20. U.S. 405, (1975) and *Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133,

21. (2000). In *Reeves* at 147,

> "... it is *permissible* for the trier of fact to infer the ultimate fact of discrimination from the falsity of the VA counselor explanation. Specifically, we stated:
> "The factfinder's disbelief of the reasons put forward by the defendant (particularly if disbelief is accompanied by a suspicion of mendacity) may, together with the elements of the prima facie case, suffice to show intentional discrimination. Thus, rejection of the defendant's proffered reasons will *permit* the trier of fact to infer the ultimate fact of intentional discrimination.".

22. Proof that the defendant's explanation is unworthy of credence is simply one form of

23. circumstantial evidence that is probative of intentional discrimination, and it may be

24. quite persuasive. See *id.*, at 517 ("Proving the employer's reason false becomes part

25. of (and often considerably assists) the greater enterprise of proving that the real reason

26. was intentional discrimination"). In appropriate circumstances, the trier of fact can

27. reasonably infer from the falsity of the explanation that the employer is dissembling to

28. cover up a discriminatory purpose. Such an inference is consistent with the general

29. principle of evidence law that the factfinder is entitled to consider a party's dishonesty

30. about a material fact as "affirmative evidence of guilt." *Wright v. West*, 505 U. S. 277,

31. 296 (1992);" In *Picking v. Pennsylvania Railway*, 151 F2d.240, 244, (1945),

> "Where a Plaintiff pleads pro se in a suit for protection of civil rights, the court should endeavor to construe the Plaintiff's pleading without regard to technicalities". Also see *Picking* at 250. Moreover, Title VII cases are controlled by *Albemarle* (at 421,) "Congress' purpose in vesting a variety of "discretionary" powers in the courts was not to limit appellate review of trial courts, or to invite inconsistency and caprice, but rather to make possible the "fashioning of the most complete relief possible.""

# PARTIES

33.  Plaintiff Harold Fuller is a citizen of the United States and a citizen of the State of Calif:

34.  Defendant Andre Birotte Jr. Leon W. Weidman, Jonathan B. Klinck a justice of the U.S.

35.  District Court. Defendant is being sued under his official capacity.  Defendants 'acts under

36.  the authority or color of state law.  And fraud upon Court: By not signing official document

37.  And other VA, employee's Retaliation against's an individual for filing a discrimination and

38.  Investigation:  basic of disability in all employment practices.  Undue practice on the opera-

39.  -tion of the business.  For failure to anwser Ordered to Show Cause.  Veterans' Review Act:

40.  38 USC:5904(C)(1) 38 USC: 5905 Criminal Penalties to Attorney which charge a fee;  VA

41.  Employee's 10/27/2010 Mental Health Department, not ever a patient of the mental health.

42.  Anthony Young, Leslie Mueller LP, Gary Monji, Timothy Johnston, Paul R. Varela, Ronald

43.  Ronald D. Scott, many more employees'.

44.  Defendant Mike Sherman of Pemco LTD: which transfer to the Denver office, after speaking

45.  With Rebecca, that transfer to his office in L.A. is being sue under his individual and official

46.   Capacity defendant act under the authority or color of state law. And other Federal Laws.

47.  Defendant Dale E. Bonners, is the New Secretary of DMV.  Defendant's is being sued under

48.  his individual and official capacity. Defendants' acts under the authority or color of state law.

49.  Marjorie M. Berte, Patsy Williams, Gary Oliver, Iniz Supervisor; refuse to show badge

50.  Bruce Banks examiner standing beside here with his badge his badge on.  Approx: Sept, 2008.

51.  Sharon Jenkins-Harris Manager I, Geri Mc-Neil Supervisor,-(3615 So. Hope st. L.A. Ca.)

52.  Frank Cruz, Investigator, Crystal E Cullors, field Rep-(17100 Pioneer Blvd, #320 Artesia, 90701).

53.  DMV is Sacramento Ca, Steve Recep:  L.A.Superior Court, fraud upon Court Compton Ca.

3.

1. L.A. Robert Harrison #08M09933: and 10M06153 Toyota motor Credit Corp: Security at front desk;

2. Wendy refused the sommon and Complaint: Deputy Robbie Simpson #E216547 is my witness:

3. Judge Majev Order:  All of Fuller case; of the same violation; ( Officer stop him because of the plastic

4. cover on your license plate):  To here in Case# 1030278(A) File May 13, 2009.  Court personnel

5. refuse the Ordered.  James Wakefield in the Sacramento, Ca: office:  Police impound Garage

6. Al Tow Service and Kenny Auto Service in Bellflower Ca, 17406 Woodruff Avenue.  Lien

7. sale and manager, Scott Nissley and Star Investment LLC: Sylva Robert C. and Badger

8. Marily A. Denco Lien sale United Saul;  Pavon Enterprise Inc: an violated SB: 969 Polanco,

9. Vehicles liens of a vehicles: The lien is void, unless the lien holder complies with these

10. procedures and others, provision relating to liens.  Courtesy stop request on August 10, 2009

11. to Gary Olivers.

12. Defendant Jennifer Bickford and Eric Stitely is Department of Justice Washington D.C.

13. Defendant is being sued under her official capacity. Defendant acts under the authority or

14. color of state by Attorney Act, unlawfully, and giving false statement, pertaining my Entity;

15. And going against, International & National laws':  Attorney was influenced by other

16. government official of the function.

17. Defendant Edward G. Brown is California's Attorney General with the California

18. Department of Justice. Defendant Brown is being sued under his individual and official

19. capacity. Defendant Brown acts under the authority or color of state law; Chapter 7, Extortion

20. section 521 when Under color of office, section 522 extorting signature to transfer of property

21. section 523 written threat made to extort. Dennis A. Aichroth, #BA280313; April 25, 2005.

22. Defendant is being sued under his official capacity. Defendant Nathan Pierson acts under the

23. authority or color of state law, representing AT&T wireless (FCC) law of the peoples rights'

4.

24. Defendant L.A. County Supervisor, is being sued in his individual capacity, and statement that

25. said on November 10, 2009, during the General Meeting. By Sr. Director Harold G. Fuller I.

26. Ethiopian World Federation Inc: by doing the job of public welfare.

27. being sued under her individual and official capacity. Defendant   acts under the

28. authority or color of state laws, International an National laws; and Resolution 63/178; 63/188;

29. 63/189; 63/144; 63/257; 63/243;

30. Defendant Mobile Mini LLC: % Vengroff, Williams & Associates, Inc: % Carrie Lee

31. Collection Agent e-mail CARRIEL@VWAINC.COM: 714-889-6200 x1725:

32. Fax: 714-889-6397: is being sued in his individuals' capacity. Defendant acts under the authority

33. Or color of state laws, International an National laws, and other violation of the law.

34. Defendant Indymac, Joey Miles, Elsis B. Garcia 6060 7th Avenue L.A.Ca.Oscar A. Paredes, and

35. Rosa E. Paredes. H/W as Joint Tenancy:  Defendant acts under the authority or  Predatory

36. Lending Joey Miles Elsis Garcia;  Property in Escrow at this time by: Bank Own KW

37. Commercial " Cheri Sloan 323-697-5996.  Justin Dae 818-929-1906.  Defendant acts under the

38. authority of states Predatory Lending institution and Racketeer Influence Corrupted

39. Organization Reynaldo E. Casco and Bank of America National Association Asset Vice

40. President as Attorney in Fact: State of Colorado, County of Jefferson Sept. 9, 2009.

41. Notary, Emily Kornbau State of Colorado, Property location 8635 Bandera Street L.A.

42. California 90002 Escrow #71435-oc Title Order #090298939.


5.


## NATURE OF ACTION

1. A conspiracy, wicked as the worst of felons could devise, has gone unwhipped of justice;

2. immunity is given to crime in Plaintiff's "Title VII" (quotation marks omitted from here on) case

3. Plaintiff seeks all equitable relief, including compensatory and punitive damages, Monterey

4. sustained due to deliberate, knowingly, multiple violations of federal civil rights laws,

5. state laws and regulations, including the deliberate conspiracy to violate these laws and

6. regulations.

## SUPPORTING FACTS

7. Plaintiff, at all times, competently performed his duties and obligations at VA,: Pemco LTD:

8. AT&T Wireless, DMV, and the State of California; Mobile Mini; LLC: % Vengroff, Williams,

9. Associates Inc:% Carrie Lee, L.A.Superior Court still violate rights' and stole property, asset

10. Embezzled allowance and not serving the people in a timely manner. Action in Fuller case:

11. Was retaliation for complaining about gender discrimination against have never came out

12. of the red "statutory requirements" when there is denial of rights guaranteed by the 14th

13. Amendment When there is Attorney fraud.Criminal acts against a Title VII Plaintiff had been

14. provided to the justices with specificity." The objective of Congress in the enactment . of Title

15. VII is plain from the language of the . statute. It was to achieve equality of employment

16. opportunities and remove barriers that have operated in the past to favor an identifiable group

17. of white employees over other employees."

18. Independence living Services: These individuals may need Rehabilitation Services to live more

19. Independently and to increase their potential to return to work. Services under this option may

20 include Intendance living skills training, assistive technology, services at special Rehabilitation

21 facilitation and connection to Communities-based support service.

6.

*Continue on to Supporting Fact*

The Veterans Affairs, has been discriminating against Ethiopia/Africa
America 60yrs, ago they were among the elite U.S. Marine
Corps: Few and Proud, they were the First Ethiopia/Africa Americans
To be Permitted in the U.S. Marines Corp: Since shortly after the
Revolutionary War.  Overcoming more than a Century of Racial
Segregation, "Montford Point Marines". Come today Ethiopia/Africa
America, being segregation, in today model society.
Servant has been during the right things toward these Veterans or
Is it the same as "Montfort Point Marine" Pemco, LTD: Has been

## Count I: Violation of the Freedom of Information Act:Civil Rights' Act Title VII
## Equal pay Act of 1963 Rehabilitation of 1973 section 501 and 505;
### Memorandum of Point and Authorities Introduction

17. Independence living Services:  These individuals may need Rehabilitation Services to live more

18. Independently and to increase their potential to return to work.  Services under this option may include

19. Intendance living skills training, assistive technology, services at special Reabilitation facitition, and

20. Connection to communities-based support service.

## Count II: Title I &V of ADA Act of 1990.

1. Transferable skills:  Reasonably developed skills, knowledge, and abilities attained through training and

2. Experience (Civilian and Military) that rebate to current employment opportunities in the labor market.

3. **Vocational Reabilitation Counselor(VRC):**-- Who provides or coordinates a wide Range of Rehabilitation

4. Services which might include Counseling, Training, Rehabilitation and Employment Services.

5. **H.R. 1513**--To increase effective as December 1, 2009;  The rates of disability compensation for veterans'

6. With Services Connected disabilities and rates of dependency and indemnity compensation for survivors of

7. Certain services-Connected Disabled Veterans' and others' purposes.

8. **H.R. 3949**--Make certain improvement in the laws relating to benefits administrated by Secretary of Veteran

9. Affairs:                              1.

10. **H.R. 466**-As amended to prohibit discrimination and Acts of reprisal against persons who receive treatment

11. For illnesses, injuries, and disabilities, incurred in or aggravated by service in the uniformed services.

12. **H.R.** 1168--As amended to provided certain Veterans' with employment Training assistance.

13. **H.R. 1089**--To provide for the enforcement through the office of special counsel of the employment and

14. Unemployment Right's of Veterans' and members of Armed Force employed by Federal Executive

15. Agencies and for the purposes.

16. **H.R. 1170**--To establish a Grant program to enourage the development of New Assistive technologies for

17. Specially Adopted Housing:

18. **H.R. 1171**--To amend Homeless program Veterans' Reintegration program for fiscal years 2010 --2014.

19. Title II OF THE Americans with Disabilities Act of 1990: Prohibited services, and Activities provided or

20. Made available by public Entities; Hud enforces Title II; when it related to state and local public Housing,

21. Housing Assistance and Housing Referral. Section 109: of Title I, of the Housing and Communities

22. Development Act of 1974: Discrimination on basic of race, color, National Orgin, sex or Religion in

23. Program and activities receiving financial asssistance from HUD's Communities Development and Block

24. Programs. Section 504 of the Rehabilitation Act of 1963: Prohibit discrimination based on disability in

25. Any program or activity receiving federal financial assistance. Title IV; of the Civil Right's Act of 1964.

26. Prohibits discrimination on the basic of race, color, or National Orgin in programs and activities receiving

27. Federal Financial Assistance.


1.                        Resolution 62/272 United Nations' Global Counter Terrorism Strategy

2. Recognizing that International Cooperation and any measures undertaken by member-states to prevent and

3. And combat terrorism must fully comply with their obligations under International laws, including the

2.

4. Charter of the United Nations'and Relevent International Conventional and protocols, in particular Human

5. Rights' law Refugee, law and International Humanitarian Law.( Human Rights' Council- Geneva' 1-12 -

6. November 2010).  United States Treasury Sanction program summaries counter Terrorism.  Administrate

7. And enforcing the Terrorism sanction executive ordered #12947, #13099, #13224, Oct.28, 2008.

8. Ethiopian World Federation Inc:,  conducted an Investigation of the allegations contained in the

9. aforementioned complaints,…. Ethiopian World Federation Inc: determination of reasonable cause,

10. Respondent Agency are charged with violating 42 USC:3604(A), ( C), and (D) base on race, color, or

11.  National Orgin as follows:  It is unlawfully to refuse to sell, or otherwise make unavailable or deny, a

12. dwelling to any person because of race of color.  USC:3604(A), also see 24 CFR:100.60 and 100.70:  (Title

13.  38 Part II Chapter 20, subchapter V, 2040 section 2041 Housing for Homeless Veterans'.  Housing Urban

14. & Development responsible of fair Housing, it's your right's substantial evidence that a violation of fair

15.  Housing Act, Accourred to pay the Federal Government a civil penalty to vindicate the public interest.

16.  New code also allows the States to Charges Financial sector officials who Negligently United States or

17.  International Sanction or penalties and other Government Entities with names of Suspected Terrorists on .

18.  the UNSCR:

19.  **Resolution 1524(2004)**--The need to combat by all means, in accordance with the Charter of the United

20. Nations' and International Laws,  Threats to International peace and Security caused by Terrorist Acts,

21. (Criminal Code 18 USC: Section 1001;  3571 Penalties.

22. The Veterans' Affair did not provide Act Services for Veterans':  there are 100 or more, reason how the

1. Veterans' Affair violated, Veterans' Rights and stole and embezzled Veterans' allowance.  And not serving

2. them in a timly matters. According to VHR Report date:  Here are a few reason why the Veterans; Affair

3. should be monitor, by the Ethiopian World Federation Inc: and the Coalition of the International Criminal

4. Court. Their has been to many years, same violation nothing every happen.:Executive Ordered#9835 &

5. 10450 (1953).

6. **The new programs will required a new investigation of many thousand of employees previously**

7. **investigated as well as many more thousands who have had no Security check:  Following Executive**

8. **Ordered#13526  December 29, 2009.  Classified National Security Information.  Freedom**

9. **Information Act July 4, 1966 Amended 2002.**

10. Ethiopian World Federation Inc: and Coalition for the Internation Criminal Court, is working together to

11. secure Justice, in this Global warning of Terrorist:  Will be working on Federal Debt of Terrorist of

12. Government-Wide debt, hear in the United States.  Under the debt collection improvement Act of 1996;

13. Public Law 104-134, 110 stat. 1321, 1358 (April 26, 1996).  As part of the Omnibus Consolidated

14. Rescissions and appropriations Act of 1996.  there are detailed rules governing these rules:  The Housing

15. crisis is a problem here in the United States America, 2008 the Department of Treasury and Federal

16. Housing Financial Agency placed into Conservatorship two major Government -sponsored Enterprises,

17. Freddie Mac and Fannie Mae and the Federal Home loan Mortgage Corporation, Federal Officials were

18. exercising authority provided in the Housing and Economic Recovery Act of 2008.  In the judgment of the

19. Congressional Budget Office (CBO), those action make Fannie Mae and Freddie Mac:  part of the

20. Government and imply that their operations should be reflected in the Federal budget.   Ethiopian World

21. Federation Inc: according to Public law 110-289, is one of the Entities that would oversight Freddie Mac

22. and Fannie Mae to establishes control over the Housing crisis here in the United States of America, by the

23. executive Ordered President Barack Obama sign February 17, 2009:  The Recovery Act and the

4.

*United States Debts Security its' a must to payback Economic Crisis,*

1. Reinvestment Act, a debt security(such as a bill, or note) represents a fixed amount of money that has been

2. borrowed and must be repaid, usually at a specific rate of interest.

3. A. Accountability and transparency in Government spending.

4. B. Spur economic Authority and invest in long terms growth.

5. C. Create new Jobs and save existing one. (Direct Response to the Economic Crisis,)

6. Federal claims collection standards clarify and simplify Federal debt collection procedures and reflect

7. changes under the debt collection Improvement Act, of 1996 and the General Accounting Act of 1996

8. (Effective December 22, 2000).

9. Administrative wage garnishment (63FR-25136, May 6, 1998) offset to Federal Benefit payment to collect

10. past due legally enforceable Non-tax debt: (63 FR-711204, December 23, 1998). and Barring Delinquent

11. debtors from obtaining Federal loans or loans Insurance or Guarantees (63FR-67754, December 8, 1998).

12. Offset will be codified under 31 CFR Part 285). Transfer of Debts to Treasury for collection 64 FR-22906,

13. April 28, 1999).

## More Point and Authorities against Veterans Affairs, Pemco LTD and other Real Estates Broker, Government Entities, Company

1. Title 45 Pubic Welfare Part 46 Protection of Human subjects code of Federal Regulations Non-

2. discrimination on basic of Handicap in program and Activities receiving Federal Financial Assistance section

3. 504 of the Rehabilitation Act of 1973.

4. Executive Ordered #12898:  Each Federal Agency conduct it's program, that substantially affect human

5. health or the environment in a manner that does not exclude persons based on race, color or National Orgin.

6. Executive Ordered # 12892 Federal Agencies to affirmatively further fair Housing in their programs and

7. activities, and provides that the Secretary of HUD will be responsible for coordinating the effect ( The

8. President's of fair Housing Council, which will be charged by the Secretary of HUD.

9. Executive Ordered # 11246:  amended bars discrimination in Federal employment because of race Religion

11. Sex, or National Origin.

10.   Executive Ordered# 11063:  Prohibits discrimination in the sale, leasing Rental, or other disposition of

12. properties and facilities owned or operated by the federal Government or provided with Federal Funds.

13. Title IX of the education Amendments Acts of 1972, education programs or activities, that receive Federal

14. Financial Assistance.

15. Age DiscriminationAct of 1975:  basic of age in programs or activities receiving Federal Financial

16. Assistance.

17. Architectural Barrier Act of 1968-  Required that buildings and Facilities designed, constructed, altered, or

18. leased with certain Federal Funds after September 1969 must be accessible to and useable by Handicapped

19. persons.

6.

1. On July 28, 2004, we received a hotline complaint alleging time and

2. attendance abuse by a part-time physician at the medical center. The

3. allegation stated that since her appointment, she had spent less than 5 hours

4. per week at the medical center. The part-time physician was appointed to

5. the medical center on November 3, 2003; she held two part-time

6. appointments, one at the medical center and the other at the affiliated

7. medical school. The part-time physician was required to work 25 hours per

8. week at the medical center and 35 hours per week at the VA affiliate. The

9. part-time physician retains her part-time appointment at the affiliate, but she

10. relinquished her position as supervisor on January 1, 2005, for a staff

11. physician position she currently holds at the medical center.

12. Anyone can make a mistake, but to make 400 errors in medication is

13. high, even by VA standards. All of these errors were done inside of a

14. six month period. It works out to more than two mistakes per day.

15. While the VA claims that the VA's policy is to disclose medical malpractice

16. and advise individuals of their rights to file malpractice claims, this is still

17. another example of a VA simply ignoring the VA's own policies on

18. malpractice claims. One wonders how many veterans have been subjected

19. to malpractice, yet remain uninformed of their right to file a malpractice

20. claim or have their pension adjusted.  VA cover up mistakes by VA Medical

21. Center covers up mistakes by VA Representative.

Exhibit:
Misconduct and Crimes
by V.A. HealthCare

1. A 33 years old VA employee was convicted of having sexual intercourse with

2. a 14 year old visitor, at the VA Center.

3. It really says something when a veteran who is already

4. hospitalized at a VA hospital, has to call 911 to get medical

5. attention from the VA medical staff.   VA Researcher sentence to

6. 71 month for the Death of a Veterans.  VA Management Ignores

7. Rodents & Unsanitary conditions 12 investigation into the VA

8, Hospital. I a case that is truly disturbing, the VA's own experts

9. concluded that the VA committed medical malpractice, that

10. resulted in the death of a young veterans who survived

11. extensive combat wounds, and than died at the VA, Hospital

12. because he did not receive appropriate medical care. VAMC

13. Director of Respiratory Therapy Pleads Guilty to Extorting Kick-

14. -backs from VA Vendors.  VA Fails to advise 16 veterans of their

15. rights, in one year, to file medical malpractice claims, does not

16. meet VA mammography standards and fails to protect patient

17. privacy.  While the VA claims that the VA's policy is to disclose

18. medical malpractice and advise individuals of their rights to file

19. malpractice claims, this is yet another example of a VA simply

2.

20.   ignoring the VA's own policies on malpractice claims.  VA's

21.  malpractice, Veterans' Administration medical malpractice and

22.   Veterans' Administration medical malpractice Attorneys and

23.   Lawyers.

24.  Department of Veterans Affairs (VA), announced today that Diane M.

25.   Limpus, of Prescott, AZ, was sentenced to 60 months' probation, 360

26.   hours' community service and ordered to pay a fine of $2,000. Ms.

27.  Limpus previously had pleaded guilty to one felony count of obtaining

28.   the administration of a narcotic drug, and one misdemeanor count of

29.  reckless endangerment. Merriman stated the prosecution followed a

30.  joint criminal investigation by his Western Field Office, the Prescott, AZ

31.  Area Narcotics Task Force, the Drug Enforcement Administration, and

32.  Security Service at the VA Medical Center, Prescott, AZ, into several

33.   instances wherein Demerol was diverted and replaced with saline

34.   solution. Demerol is used to mitigate pain and saline solution has no

35.  such effect on a patient. Merriman further stated that Ms. Limpus was a

36.  licensed practical nurse working in the Domiciliary at the VA Medical

37. Center and, as such, was responsible for the administration of

38.  medication to the patients. Limpus was immediately placed on

39.  administrative leave by medical center officials and later resigned her

40.  VA employment.

We are called on to decide whether a Veterans' Affairs' employee who "knowingly stole, embezzled, and misapplied moneys" in the amount of N/A committed a crime that "involves fraud or

deceit." Unsurprisingly, we answer that question "yes." The above VA, employee will be investigate order removing from the United States as an aggravated felon pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii). Fuller entered the order on remand from the to stealing, embezzling, and misapplying of funds in violation of 18 U.S.C. § 656 qualified as an aggravated felony under 8 U.S.C. § 1101(a)(43)(M)(i), which defines an aggravated felony as "an offense that . . . involves fraud or deceit

in which the loss to the victim or victims exceeds. "decided  Susan was an aggravated felon because her offense did not involve fraud or deceit. guilty to knowing misapplication of funds, and the knowing misapplication of funds necessarily involves fraud, we hold that she could be convicted of an aggravated felony within the meaning of 8 U.S.C. § 1101(a)(43)(M)(i).

### Factual and Procedural Background

she "knowingly stole, embezzled, and misapplied moneys" in violation of 18 U.S.C. § 656 when she "obtained numerous lines of credit and/or increases in the amounts of lines of credit" that resulted in approximately of loss to the bank.[1] Section 656 provides: Whoever, being an officer, director, agent or employee of, or connected in any capacity with any Federal  institution hold. . . *embezzles, abstracts, purloins or willfully misapplies* any of the moneys, funds or credits of such bank, branch, agency, or organization or holding

company or any moneys, funds, assets or securities entrusted to the custody or care of such  agency, or organization, or to the custody or care of any such agent, officer, director, employee or receiver, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both; but if the amount embezzled,

[1] The record does not reveal any further detail about just how accomplished the crime.

abstracted, purloined or misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. 18 U.S.C. § 656 (emphasis added). The elements of a § 656 violation are: (1) the defendant was an employee (2) of a federally agency (3) who embezzled, abstracted, purloined or willfully misapplied the funds (4) with the intent to injure or defraud  the Veterans'.[2] *United States v. Wolfswinkel*, 44 F.3d 782, 786 (9th Cir. 1995). offense involving fraud or deceit. under 18 U.S.C. § 656 involved fraud or deceit.

### Jurisdiction and Standard of Review

This court has jurisdiction under 8 U.S.C. § 1252. This court reviews de novo whether a particular conviction qualifies as an aggravated felony.[3] *Li v. Ashcroft*, 389 F.3d 892, 895 (9th Cir. 2004). *States*, 495 U.S. 575 (1990), to determine whether a particular offense, such as 18 U.S.C. § 656 conviction here, qualifies as an aggravated felony under § 1101(a)(43)(M)(i). *See Li*, 389 F.3d at 895-96. Under *Taylor*, we compare the statute of conviction to the                          1.

Factual And
Procedural Background

removal statute's definition of aggravated felony. *Id.* If every conviction under the statute of conviction is also an aggravated felony, then there is a "categorical match" and the defendant's conviction perforce qualifies as an aggravated felony. There is a "categorical match" between 18 U.S.C. § 656 and 8 U.S.C. § 1101(a)(43)(M)(i) if every conviction under § 656 involved fraud or deceit.[7] If, on the other hand, the statute of conviction prohibits some conduct that does *not* constitute an aggravated felony, then there is no "categorical match." *Id.* In that case, we proceed under a "modified categorical analysis" by looking to the documents of conviction and determining whether the particular conviction at issue "unequivocally" constitutes an aggravated felony. *Id.* "[T]he modified categorical approach applies only if the statute of conviction is divisible into several crimes, some of which involve an aggravated felony and some

concedes her conviction involved a loss of $10,000 or more under 8 U.S.C. § 1101(a)(43)(M)(i), which defines "aggravated felony" to include, *inter alia*, an offense involving fraud or deceit and from which the loss to the victim(s) exceeds $10,000. The statute of conviction need not have an *element* requiring more than a $10,000 loss before a court can find a "categorical match" between

**[1]** The elements of a § 656 violation are: (1) the defendant was an employee (2) of a federally agency (3) who embezzled, abstracted, purloined, or willfully misapplied the Veterans' funds (4) with the intent to injure or defraud the U.S. Veterans'. *Wolfswinkel*, 44 F.3d at 786. We hold there is no "categorical match" between § 656 and definition of "aggravated felony" in § 1101(a)(43)(M)(i) because not every conviction under § 656 involves fraud or deceit.[8] Section 656 is divisible into several crimes, some of which could include pure theft offenses ("abstracting[]" and "purloin[ing]").[10] Section 656's imputed "intent to injure *or* defraud" element also is divisible into the "intent to injure" or the "intent to defraud." *United States v. Castro*, 887 F.2d 988, 994-95 (9th Cir. 1989) (affirming defendant's conviction for misapplication under § 656 despite lack of intent to injure and explaining that [intent to injure need not be shown if there is intent to deceive or defraud"). Although we hold that a conviction for It is undisputed that VA, Affairs, was an employee's of a federally agency. [9]The aggravated felony definition in 8 U.S.C. § 1101(a)(43)(M)(i) requires that an aggravated felony *involves* fraud or deceit. The word "involves" broadens the scope of crimes to include not just the crime of fraud, but, *inter alia*, crimes for which fraud is a necessary element. *See James v. Gonzales*, 464 F.3d 505, 508 (5th Cir. 2006) ("[W]hether an offense 'involves' fraud is a broader question than whether it *constitutes* fraud.") (concluding that alien's conviction for aiding and abetting bank fraud under 18 U.S.C. § 1344 necessarily entailed fraud), *cf. Allied-Bruce Terminix Cos. v. Dobson*, 513 U.S. 265, 273 (1995) (holding, in light of statute's language, structure, and background, that Federal Arbitration Act's phrase "involving commerce" was necessarily "broader than the often-found words of art 'in commerce.' "). [10]That 18 U.S.C. § 656 is entitled "Theft, embezzlement, or misapplication by bank officer or employee" reinforces that mere theft offenses can suffice.

misapplication under § 656 necessarily involves intent to defraud, *see infra*, other pure theft offenses in violation of § 656 can be committed with a mere "intent to injure" and no "intent to defraud." For example, a VA, Affairs' employee (e.g., a janitor) could be convicted of "purloining" under § 656 if he simply walked out the door with bags of money, even if he deceived or defrauded no one, because he intended to injure the Veterans' when he took the Allowance *See, e.g., United States v. Gillett*, 249 F.3d 1200,

2.

1201-02 (9th Cir. 2001) (affirming conviction for *theft* under 18 U.S.C. § 656 where a Brinks armored car guard stole bags of money from Bank of America during night deposit transports).

Because we hold that there is no "categorical match" between § 656 and the aggravated felony definition in § 1101(a)(43)(M)(i), we turn to the modified categorical analysis. (C) *Modified Categorical Analysis* acknowledged that she "knowingly stole, embezzled, and misapplied moneys" by obtaining or increasing lines of credit from. We agree with the Eleventh Circuit Court of Appeals and hold that the misapplication of funds by a Federal employee in violation of § 656 necessarily involves fraud or deceit. *See Moore. Ashcroft*, 251 F.3d 919, 923 (11th Cir. 2001). In *Moore*, a legal permanent resident and former employee was convicted of misapplication of auction drafts under 18 U.S.C. § 656 and was served with a Notice to Appear charging her with removal as an aggravated felon, as defined in 8 U.S.C. § 1101(a)(43)(M)(i). *Id.* at 921. The VA. Affairs' affirmed the decision. The Eleventh Circuit affirmed, noting it had previously determined the "intent to injure or defraud" element of misapplication of VA. Affairs' funds under 18 U.S.C. § 656 is established where the defendant knowingly participated in a deceptive or fraudulent transaction, as she had there. *Id.* at 923. 4] Our court's existing definition of the misapplication of funds in *Castro* further supports our agreement with the Eleventh Circuit. We have previously defined the misapplication of funds in violation of § 656 as follows: "Funds are misapplied when they are disbursed under a record containing misrepresentations of fact with the intent to deceive officials, examiners, or the [FDIC]." *Castro*, 887 F.2d at 994. Although a VA, Affairs' employee can't commit the crime of purloining in violation of § 656 with the intent to injure the Veterans' but without the intent to deceive and Extortion of the Veterans' funds, one simply cannot knowingly misapply Veterans' funds in violation of § 656 without the intent to deceive the Veterans.

,for the proposition that not every *embezzlement* conviction under § 656 involves fraud or deceit. We need not decide and potentially create a circuit split on the question of whether a conviction only for embezzlement under § 656 necessarily involves fraud or deceit because          "knowingly stole, embezzled, *and* misapplied moneys" in violation of § 656. Had we not held that "misapplication" involves fraud or deceit, a serious question would be presented as to whether "embezzlement" involves fraud or deceit.

## Conclusion

For the foregoing reasons, we hold that, although there is no "categorical match" between 18 U.S.C. § 656 and the aggravated felony definition in 8 U.S.C. § 1101(a)(43)(M)(i), under the modified categorical analysis, a conviction for *misapplication* of funds under 18 U.S.C. § 656 necessarily involves fraud or deceit and, therefore, constitutes an aggravated felony under 8 U.S.C. § 1101(a)(43)(M)(i).

3.

**A National Legacy**
By Thorn Wilborn

are aging and their numbers are dwindling, but 60 years ago they were among the elite U.S. Marine Corps. Few and proud, they were the first African-Americans to be permitted in the U.S. Marine Corps since shortly after the Revolutionary War. Overcoming more than a century of racial segregation, the "Montford Point Marines" struggled from a ramshackle segregated training camp in a remote part of what is now Camp Lejeune in Jacksonville, N.C., to serve in some of the deadliest battles of World War II. They were subjected to racial abuse and discrimination but won the respect of the other Marines they honorably served with in the Pacific Theater.

"It was rough," said James Glover Jr., 84, who was among the first African-Americans to enlist in the Marines in 1942. "I think we're a part of history. Sometimes we were treated well, and sometimes we were treated rough, but we just accepted it and went on."

"The DAV honors the service of all Americans." said National Commander James E. Sursely. "The service, dedication, and sacrifice of the first African-American members

of the U.S. Marine Corps comprise a record of honor achieved fighting both an enemy and racism. They led to the changes that today afford all a historic role in breaking down the old barriers of bigotry and racism in pursuit of unity."

The Marine Corps all-white military service when it was reestablished in 1798 and stayed that way until June 1, 1942, when Navy Secretary Frank Knox, bowing to the wish of **Franklin Roosevelt**, ordered 1,000 African-Americans be enlisted in the Navy,

Marine Corps, and Coast Guard each month. In **response, the** Marine Corps organized a racially segregated **900-man** defense battalion - mostly from the Prior to Knox's order, the Marine Corps followed the Navy's regulations banning African-Americans and mixed blood

"persons whose characters are **suspicious**." It was President Roosevelt who ordered the ban be lifted, a little bit at a time.

*Above, James Glover, Jr., who trained at a segregated camp called Montford Point in Jacksonville N.C., shows a photo of himself as a Marine in World War II.*

A National legacy
"Montford Point"
marines "The Few
Proud".

Even at the beginning of World War II, the small size of the Marine Corps enabled it to attract enough white recruits to meet its needs. Steadfastly refusing to allow blacks, Marine Corps Commandant Maj. Gen. Thomas Holcomb said in 1941 that he would rather have 5,000 white Marines than 250,000 blacks. He suggested that African-Americans "satisfy their aspirations for combat in the Army."

Once allowed to enlist, things didn't get easy for African-American recruits. U.S. Marine Coips recruit training is enormously difficult in the best of times, building both strength and morale. For the African-American Marines, the training and the living conditions were even tougher. They lived in prefabricated huts which normally accommodated 16 men, but sometimes were filled with twice that number. The Camp Montford Point area was infested with mosquitoes and snakes. Glover said the barrack huts at Camp Montford Point provided horrible living conditions. "The walls were made from raw and rotting timber, and the living conditions were indecent." he said. All drill instructors were white and addressed the recruits as "you people." Racial slurs were common in the beginning but later declined as African-American Marines became more accepted.

The early African-American Marine recruits were *galvanized* and unified after a misinterpreted comment by a Camp Lejeune commander who said that when he returned from overseas and found "you people wearing our uniform," he knew there was a war on. The "Montford Point Marines" were determined to be the sharpest looking Marines when in public or in the presence of white Marines.

When they finished their basic training, the new African-American Marines became part of the 51st Defense Battalion which had been authorized in 1942.

As training continued for the men of the 51st Defense

Battalion, a corps of non-commissioned officers                    unit shipped out for
                              defend islands far behind the                    U.S. Pacific
advance. By December                    W. LeGette turned over command of the
             the African-American Marines. "You have shown me that you can soldier with the best
of them."

The Marine Corps also organized African-American depot and ammunition companies to
                    support units in addition to the two                    which were considered
combat units.        names failed    reflect the actual role the units played
combat battalions experienced a few months of                    against surviving Japanese on the
captured             Guam. it was the depot and ammunition            that                    the
savage             on Saipan, Tinian. Guam,                    combat sendee
             most of the casualties among                    with seven killed and 78
wounded.

Of the nearly 20,000 African-American                    War II, about 13,000 served
overseas.                    African-American Marine Corps units            battalions or
combat support companies. The                    companies, while extremely
                    and unloading supplies, resupplying                    evacuating the dead
and wounded,                    sometimes heavy enemy fire.

Glover, a member of the 27th                    vividly remembers the firelights
             as he ferried ammunition to the frontline                    saw combat."
Glover said. "We supplied                    food and ammunition. We were
             Japanese hiding in the coconut frees, and

*Right, Marines of the 3rd
Ammunition Co. on Saipan amuse themselves with a captured bicycle. On bike is Pfc. Horace Boykin; left
to right, Cpl. Willis Anthony, Pfc. Emmitt Shackford, and Pfc. Eugene Purdy in June 1944.
Left, Patroling Marines of the 52nd Defense Battalion on Guam August 1944.*

At the invasion of Saipan on June 15, 1944, four black Marines     wounded shortly after the first wave landed, and one African-American squad from a depot company fought as infantry to reinforce a line backed up near the water's edge. The next morning, the company helped eliminate Japanese infiltrators who had penetrated along the line between the 23d Marines and the 8th Marines of the adjacent 2d Marine Division. Pvt. Kenneth J. Tibbs, who came in on the fourth wave of the landing, suffered fatal wounds and died, becoming the first African-American Marine killed in combat during World War II.

On neighboring Guam, thousands of Japanese soldiers were bypassed in the lightning campaign of July and August 1944. Left alone, they ambushed rear area installations from the concealment of the jungle. Pfc. Luther Woodward of the 4th Marine Ammunition Company was gifted in tracking these soldiers. One afternoon, he came across footprints near the ammunition dump and followed them to a hut where a half-dozen Japanese were hiding. He opened fire, killing one, wounding another, and scattering the rest. Woodward returned to the camp to get five other black Marines to join him and hunted down the survivors. He killed one Japanese soldier, and his companions killed another. In recognition for his service, Woodward received the Bronze Star for heroism, which was later upgraded to a Silver Star.

"It was kind of rough to be among the first black Marines," said Glover. "We got the jobs nobody wanted and military equipment we called 'second-hand stuff But those frontline Marines were glad to see us when we were bringing up ammunition. Then I helped carry the wounded back for medical treatment."

When the 1st Marine Division landed on Peleliu on Sept. 15, 1944, the African-American llth Marine Depot Company paid dearly in the furious fighting, suffering 17 wounded — the highest casualty rate of any African-American Marine Corps company during the war. Major General William H. Rupertus, who commanded the 1st

Marine     sent letters     commendation praising     **black Marines**     their "wholehearted cooperation and     which demonstrated     **the privilege** of wearing a Marine uniform and serving with **Marines in combat."**

In the last battle of World War II, some 2,000 African-**American** Marines participated in the invasion - more than **for**     operation. After the war ended,     Corps disbanded the African-American     1947, they **were all gone, but** black Marines were here early 1945, **three** senior black     entered **officer training** at Quantico, Va., but     **three men went** on to successful careers as civilians: Sgt. **Maj. Charles** F. Anderson became an     **Charles** Simmons     a college     and author; and 1st Sgt. George F. Ellis.     became a physician. **Three more** African-American officer candidates failed     **win commissions,** but on Nov. 10, 1945, Frederick C. **Branch, a** veteran of the 51st Defense Battalion, was commissioned the first black Marine Corps officer.

**It began** a legacy that     when Frank E. Peterson of Topeka, Kan., became     American Marine brigadier general, and on July 1, 1999, **when Alford** L. McMichael     African-**American** Sergeant Major of the U.S.     first African-American Marine **units** have     pride

"I'm proud **to have been a** Marine," said                    glad to have gone into the service.
The older I get,              I appreciate it."

attracted little **public** attention since World

War                    heroism of **the Tuskegee**          and the paratroopers                    555th
**Parachute**              Battalion have been noted, the          black **Marines have** been a postscript

"I know what we **went through,"** said Glover. "I don't know about          other **fellas, but I know** what we went through was rough."

of the "Montford Point Marines" is          **told by historians in a film documentary being** produced by **South Carolina** State University and          University of North **Carolina** at Wilmington. The filmmakers hope the project **will tell** America **the** story of the first black Marines, so they **may take their** place alongside the Tuskegee Airmen,          **"Triple** the Buffalo Soldiers.

"As we celebrate Black History Month          February, I **hope that people will remember the** service and sacrifice of **our nation's first** African-American Marines," said Sursely. **"They endured** great hardships to begin a legacy that has **brought honor**          U.S. Marine Corps and all those who **have served our** nation."

*Marines take a chow break on Iwo Jima, March 1945.*

# REQUEST FOR RELIEF

Plaintiff requests that the court grant the following relief:

1. Court order Defendant to immediately reinstate Plaintiff Clothing allowance

Reinstate Travel allowance from 1983 thru present.

2. Court award Plaintiff compensatory and punitive damages, Monterey damage

3. Court penalizes all Defendants as the court deems just.

4. Plaintiff requests all equitable relief in tune with *Pollard v. E. I. Du Pont De Nemours*

5. *& Co.*, 532 U.S. 843, (2001). Also see *Pollard v. E. I. Du Pont De Nemours & Co.*,

6. 412 F.3d 657, (2005).  Matter to keep in mind : Federal Law requires that allegations

7. made in the complaint must be accepted as the True:....To determine in a Federal

8. cause of action had been stated.  If a Federal cause of Action had been stated, Federal

9. Judge must provide the plaintiff the right....To a court Hearing, and Relief:  If the

10. charge are established.  The Federal crime reporting statute requires that Federal

11. Judges receive and offer of information or evidence of a Federal Crime, an that this

12. requirement for the Judge:...Is under his or her administrative duties rater than

13. Judicial duties.  Therefore, A Judge must received the information.
Dated November 28, 2010:

Respectfully, Yours,
ETHIOPIAN WORLD FEDERATION INC:
Senior Director/Housing Secretary
Harold/Glen Fuller I.

*Land Grant Administrator for the Country, Ethiopia*
7.           *Solomon E. Wolfe:*

Request For
Relief

# Why We Must Combat Money Laundering

People who commit crimes need to disguise the origin of their criminal money so that they can use it more easily. This fact is the basis for all money laundering, whether that of the drug trafficker, organized criminal, terrorist, arms trafficker, blackmailer, or credit card swindler. Money laundering generally involves a series of multiple transactions used to disguise the source of financial assets so that those assets may be used without compromising the criminals who are seeking to use the funds. Through money laundering, the criminal tries to transform the monetary proceeds derived from illicit activities into funds with an apparently legal source.

Money laundering has devastating social consequences and is a threat to national security because it provides the fuel for drug dealers, terrorists, illegal arms dealers, corrupt public officials and other criminals to operate and expand their criminal enterprises. In doing so, criminals manipulate financial systems in the United States and abroad. Unchecked, money laundering can erode the integrity of a nation's financial institutions. Due to the high integration of capital markets, money laundering can also negatively affect national and global interest rates as launderers reinvest funds where their schemes are less likely to be detected, rather than where rates of return are higher because of sound economic principles. Organized financial crime is assuming an increasingly significant role in money laundering that threatens the safety and security of peoples, states and democratic institutions. Moreover, our ability to conduct foreign policy and to promote our economic security and prosperity is hindered by these threats to our democratic and free-market partners.

In recent years, crime has become increasingly international in scope, and the financial aspects of crime have become more complex, due to rapid advances in technology and the globalization of the financial services industry. Modern financial systems permit criminals to order the transfer of millions of dollars instantly though personal computers and satellite dishes. Money is laundered through currency exchange houses, stock brokerage houses, gold dealers, casinos, automobile dealerships, insurance companies, and trading companies. Private banking facilities, offshore banking, shell corporations, free trade zones, wire systems, and trade financing all have the ability to mask illegal activities. The criminal's choice of money laundering vehicles is limited only by his or her creativity. Ultimately, this laundered money flows into global financial systems where it can undermine national economies and currencies. Money laundering is thus not only a law enforcement problem but a serious national and international security threat as well. There is now worldwide recognition that we must deal firmly and effectively with increasingly elusive, well-financed and technologically adept criminals who are determined to use every means available to subvert the financial systems that are the cornerstone of legitimate international commerce. Global events over the past year involving offshore financial centers and new cyber money laundering trends point to the necessity of promptly addressing this growing threat.

1.

Exhibit:
Why We must combat
money Laundering and
U.S. Patriot Act

Money launderers also negatively impact jurisdictions by reducing tax revenues through underground economies, competing unfairly with legitimate businesses, damaging financial systems, and disrupting economic development. Money laundering is now being viewed as a central dilemma in dealing with all forms of international organized crime because financial gain means power. Fighting money launderers not only reduces financial crime; it also deprives criminals and terrorists of the means to commit other serious crimes.

The United States and other nations are victims of tax evasion schemes that use various financial centers around the world and their bank secrecy laws to hide money from tax authorities, thus undermining legitimate tax collection. Financial centers that have strong bank secrecy laws and weak corporate formation regulations, and that do not cooperate in tax inquiries from foreign governments, are found worldwide. These financial centers, known as "tax havens," thrive in providing sanctuary for the deposit of monies from individuals and businesses that evade the payment of taxes in their home jurisdictions and to keep the money they have deposited from the knowledge of tax authorities. Billions of funds on which tax is properly due (marks, lira, pounds, et cetera) are held on deposit in these tax havens.

2.

# NACDL Summary of USA PATRIOT Act
## What's Out:

***McDade-Murtha Law repeal***: would have repealed the McDade-Murtha Law and divested state authorities of their traditional authority to determine and enforce rules of ethics for all the attorneys they license

***Pre-trial restraint of substitute assets***: would have allowed seizure of untainted assets prior to trial, giving the government the power to pauperize most criminal defendants at the time of indictment

***Interstate currency couriers***: prohibited transportation in interstate commerce of more than $10,000 in illegal proceeds; in effect, the proposed language would have required anyone traveling with more than $10,000 to prove that the money came from a legitimate source

***Exception to forfeiture rules for bulk cash smuggling***: would have eviscerated judicial discretion to reduce or reject unfair forfeiture of clean money in cases involving currency reporting violations; under the proposed rule, the burden would have been on the owner to prove that the money came from a legitimate source; even then, the government would keep the **maximum** amount not grossly disproportional to the gravity of the offense

***Forfeiture for violations of 6050I***: would have made violations of 26 U.S.C. § 6050I, failure to correctly file a Form 8300, subject to civil and criminal forfeiture

***Forfeiture for violations of new FinCEN reporting requirement***: would have authorized civil and criminal forfeiture for noncompliance with the new currency reporting requirement created by the Act

# What's In:

# Surveillance

***New Title III predicates (Sections 201 & 202)***: adds terrorism crimes and

computer fraud and abuse to the list of crimes for which orders for wire, oral, and electronic communication may be ordered

***Expanded sharing of foreign intelligence information (Section 203)***: amends Fed. R. Crim. P. 6(e) (grand jury secrecy) and the wiretap law to permit more widespread sharing of foreign intelligence information among intelligence and law enforcement agencies; if grand jury information is involved, post-disclosure notice to the court is required

***Roving wiretaps under Foreign Intelligence Surveillance Act (FISA) (Section 206)***: authorizes "roving wiretaps" in foreign intelligence cases — meaning that law enforcement can listen in on multiple phones and devices used by a terrorism suspect with one warrant — if the court finds that the actions of the suspect "may have the effect of thwarting" surveillance

***Search warrants for voice mail (Section 209)***: permits seizure of voice mail messages pursuant to a search warrant, in lieu of a wiretap order

***Sneak and peek searches (Section 213)***: authorizes issuance of surreptitious search warrants; notice may be delayed when court finds reasonable cause to believe that providing immediate notification of the warrant's execution may have any "adverse result" (e.g., "seriously jeopardizing an investigation"); seizures are permitted if the court finds "reasonable necessity"; warrant must provide for notice within a "reasonable period" after execution

***Expanded electronic surveillance capabilities (Section 216)***: expands domestic pen register and trap-and-trace authority to cover the tracing of Internet communications, but forbids collection of "content" under such orders; allows nationwide service of such orders

***Broader use of the Foreign Intelligence Surveillance Act (FISA) (Section 218)***: abandons the requirement that "the purpose" of FISA warrant be foreign intelligence gathering; authorizes search and surveillance pursuant to permissive FISA procedures if "a significant purpose" of the investigation is foreign intelligence gathering

***Nationwide search warrants (Sections 219 & 220)***: amends Fed. R. Crim. P. 41(a) to allow a federal court in any district in which activities related to

the terrorism may have occurred to issue a warrant for a search of property or for a person within or outside the district; also allows nationwide service of search warrants for electronic evidence issued by a court with jurisdiction over the offense under investigation

***Civil liability for unauthorized disclosures (Section 223)***: allows citizens and long-term residents to sue under Federal Tort Claims Act for unlawful disclosure of surveillance evidence and increases penalties for such violations

***Sunset (Section 224)***: Terminates some search and surveillance provisions after four years (December 31, 2005); does not apply to sharing of grand jury information, sneak and peek warrants, pen register and trap-and-trace authority for Internet communications and nationwide search warrants for terrorism

## Money Laundering & Forfeiture

***Additional money laundering (and forfeiture) predicates (Sections 315 & 376)*** : adds several foreign offenses, illegal firearms importation and trafficking, computer fraud and abuse, and providing material support to terrorist organizations

***Forfeiture for foreign offenses (Section 320)***: authorizes civil asset forfeiture for certain offenses against a foreign nation

***FinCEN report (Section 365)***: requires anyone engaged in a trade or business who receives more than $10,000 in coins or currency in one transaction (or two or more related transactions) to file a report with the Financial Crimes Enforcement Network (FinCEN), an agency within the Treasury Department

***Bulk cash smuggling (Section 371)***: creates new penalties for the undeclared movement of more than $10,000 across U.S. borders; makes findings regarding the "seriousness of the act" so as to overrule *United States v. Bajakajian*, where the Supreme Court held that forfeiture of $357,144 for an identical currency reporting offense was "grossly disproportional" to the gravity of that offense

*Unlicenced money transmitting businesses (Section 373)*: amends 18 U.S.C. § 1960 to abolish any requirement that the defendant be aware of the laws requiring money transmitting licenses; authorizes civil forfeiture of the illegally transmitted funds

*Forfeiture of terrorist assets (Section 806)*: authorizes broad civil forfeiture of assets related to domestic or international terrorism

*Venue in money laundering cases (Section 1004)*: expands venue in money laundering cases to include any district where the underlying unlawful activity could be prosecuted, overruling the Supreme Court's holding in *United States v. Cabrales*

*Aliens involved in money laundering (Section 1006)*: makes inadmissible any alien the AG "has reason to believe" has or is engaged in money laundering; applies to aliens who engage in transactions outside the U.S. that do not violate the foreign country's laws but would constitute money laundering if engaged in here

# Immigration

*Detention of non-citizens (Section 412)*: authorizes the detention of non-citizens suspected of terrorist acts for seven days without filing charges, an increase from the two days allowed under existing law

# Other Criminal Provisions

*Domestic terrorism (Section 802)*: defines domestic terrorism as any illegal activity that is dangerous to human life and that appears intended to (1) intimidate or coerce a civilian population, (2) influence government policy by intimidation or coercion, or (3) affect government conduct by mass destruction, assassination, or kidnaping; this definition is used to triggercertain consequences such as asset forfeiture

*Harboring terrorists (Section 803)* : prohibits harboring or concealing any person knowing, or having reasonable grounds to believe, they have committed one of the specified terrorism-related offenses

*Expanded definition of Federal crime of terrorism (Section 808)*: adds several predicate offenses, including computer fraud and abuse, if "calculated to influence or affect the conduct of government by intimidation

or coercion, or to retaliate against government conduct"

***Extended statute of limitations and enhanced maximum penalties (Sections 809 - 811):*** extends or eliminates the statute of limitations and enhances the maximum penalties for certain terrorism-related offenses

***Acts of terrorism as RICO predicates (Section 813):*** expands RICO predicates to include certain terrorism-related offenses

The *National Association of Criminal Defense Lawyers is the preeminent organization* advancing the mission of the criminal defense bar to ensure justice and due process for persons accused of crime or wrongdoing. A professional bar association founded in 1958, NACDL's 10,000-plus direct members in 28 countries – and 90 state, provincial and local affiliate organizations totaling more than 40,000 attorneys – include private criminal defense lawyers, public defenders, military defense counsel, law professors and judges committed to preserving fairness and promoting a rational and humane criminal justice system.

National Association of Criminal Defense Lawyers (NACDL)
1660 L St., NW, 12th Floor, Washington, DC 20036
(202) 872-8600 • Fax (202) 872-8690 •
http://www.nacdl.org/public.nsf/freeform/assist?opendocument

**For More Information:**
Kyle O'Dowd, Legislative Affairs Director
(202) 872-8600 ext. 226, mailto:legis@nacdl.org

# Response of the U.S.A to Recommendations of the United Nations Human Rights Council November 9, 2010

**AMBASSADOR DONAHOE:** On behalf of the United States, I thank the Chair, the Working Group of the Universal Periodic Review, especially the Troika Members -- France, Japan, and Cameroon -- and the Secretariat for their hard work. I am honored to introduce Harold Hongju Koh, Legal Adviser of the U.S. State Department, who will provide an initial response to the recommendations we received during the interactive dialogue.

**LEGAL ADVISER KOH:** As indicated in our written report and in our presentation last Friday, the United States is very proud of its human rights record. We always strive for a "more perfect union" to help promote a "more perfect world." To do that, the Obama Administration is developing a thoroughgoing approach with respect to human rights in our country that recognizes that progress requires the coordinated action of many federal government agencies -- eleven of which appeared at our initial presentation -- as well as the collaborative efforts of state and local governments, and civil society, many of whom attended our Town Hall here at the Palais last Friday.

The recommendations received fall into three broad categories. First, many of the recommendations fit well with the Obama Administration's existing approach to human rights, and can be implemented in due course. Second, several recommendations are plainly intended as political provocations, and cannot be taken seriously. Yet a third group of recommendations invite fuller discussion within our government and with our own civil society. Because we take this process seriously, we now plan to conduct a considered, interagency examination of all 228 recommendations, and to give our formal response at the March 2011 Council session. But our initial review suggests that the recommendations fall under ten broad headings:

1. **Recommendations about politics and pending judicial cases:** A small set of comments do not make bona fide recommendations for the UPR. These statements, those styled as "recommendations," are actually political criticisms of U.S. policies or polemical comments about judicial cases, based on unsubstantiated or false allegations, which refer to individual matters that are either ongoing or already completed under court proceedings conducted under due process of law.

2. **Recommendations regarding treaties:** This largest group of recommendations urged us to either ratify or consider ratifying treaties -- or to consider withdrawing reservations and understandings to treaties that are already ratified. Under our Constitution, treaty ratification requires not just executive approval, but also the consent of our Senate, which requires a supermajority two-thirds vote. That is why the United States has often pursued a practice of "compliance before ratification," in contrast to the practice of "ratification before compliance" that some other nations may pursue. The Obama Administration is working to obtain Senate advice and consent to a number of human rights treaties, particularly the Convention on the Elimination of All Forms of Discrimination Against Women and the Convention on the Rights of Persons with Disabilities.

*Response to Recommendations of the U.N. Humans Rights council.*

3. **Recommendations on criminal justice:** This set of recommendations focused on the role of race, trafficking, police brutality, violence against women, juvenile justice, and the death penalty. The U.S. criminal justice system rests on the protection of individual human rights and basic principles of due process and fair and equal treatment. We will leave no stone unturned in our effort to eliminate racial profiling in law enforcement, to ensure that juveniles in our justice system are treated with respect, and to guarantee humane treatment in detention. Many recommendations concern the administration of capital punishment by those governments within our federal system that still apply it. While we respect those who make these recommendations, we note that they reflect continuing policy differences, not a genuine difference about what international human rights law requires.

4. **Recommendations to combat discrimination:** The United States is committed to end discrimination by ensuring equal opportunity for political participation by all qualified voters through enforcement of voting rights laws, and by vigorously enforcing laws to ensure equal access to housing, credit, employment, educational opportunities, and environmental justice. We are committed to ensuring that distinctions such as race, gender, disability, religion, age, ethnicity, or sexual orientation do not interfere with opportunities to live a fulfilling life.

5. **Recommendations respecting immigration:** In the last five years, we welcomed over 5.5 million new permanent residents, over 3.5 million new naturalized citizens, and nearly 425,000 refugees – who will, as President Obama recently noted, "help us write the next great chapter in our history." With respect to immigration, the United States is committed to addressing concerns about detention, discrimination, and racial and ethnic profiling. We are committed to advancing comprehensive immigration reform as an alternative to piecemeal state and local measures.

6. **Recommendations regarding national security:** Most of these recommendations referred to our country's continuing armed conflicts in Afghanistan, Iraq, and against Al Qaeda and associated forces. The Obama Administration abides by all applicable law in these armed conflicts, including laws respecting humane treatment, detention, and use of force. We defend the legality under the laws of war of using detention to remove adversaries from the conflict, but do not -- and will not --countenance torture or inhumane treatment of detainees in our custody, wherever they are held. Allegations of past abuse of detainees by U.S. forces in Afghanistan, Iraq and Guantanamo have been investigated and appropriate corrective action taken. The Administration is committed to closing Guantanamo as expeditiously as possible, but will need the help of our allies, Congress and the courts to do so. The International Committee of the Red Cross has access to Guantanamo, and an independent review ordered by President Obama found the conditions there far surpass the standards of Common Article III of the Geneva Conventions. Military Commissions procedures have been amended by Congress to address human rights concerns, and both terrorism and electronic surveillance laws have been scrutinized to respect privacy and protect human rights. Finally, this morning I participated on behalf of the United States in the signing ceremony of the International Code of Conduct for Private Security Service Providers, which has been developed as a

follow-on to the Montreux Document.

7. **Recommendations respecting indigenous issues:** We acknowledge the many challenges faced by Native Americans -- poverty, unemployment, health care gaps, violent crime, and discrimination -- but note the many laws and policies we have put in place to address health care reform, to improve criminal justice, and empower the tribes and their members to deal with those challenges. Tribal consultations are at an all-time high after President Obama hosted the White House Tribal Nations Conference, where he directed agencies to submit plans for and progress reports on implementation of the Executive Order on Consultation and Coordination with Indian Tribal Governments. And we are reviewing our position regarding the UN Declaration on the Rights of Indigenous Peoples, a decision made in response to calls from tribes and other indigenous groups and individuals.

8. **The eighth set of recommendations concern freedom of expression and religion:** The United States is committed to vigilance in the continued protection of fundamental freedoms of expression and religion for all, including laws and policies to protect Muslim, Arab, and other Americans from discrimination and to secure their freedom to practice their religion.

9. **The ninth set of recommendations concern economic, social and cultural rights:** We have continued to establish programs that empower our citizens to live what FDR called a "healthy peacetime life." The recent landmark healthcare reform is the latest major example, and we are committed to continue pursuing policies that will build an economy and society that lifts us all.

10. **And the tenth set of recommendations concern domestic implementation of human rights:** The most common recommendation in this category highlighted an issue currently under discussion in our country: to create a national, independent human rights institution, which follows the Paris Principles or similar guidelines. We believe the best human rights implementation combines overlapping enforcement by all branches of the federal government working together with state and local partners.

In closing, let me express our deep appreciation to our own civil society for continuing to work with us to achieve a more perfect union. Civil society has made invaluable contributions to our UPR report and presentation and will continue to be our partner as we consider these many recommendations. At a time when the United States has its first African-American President and Attorney General, a female Secretary of State, our first Hispanic Supreme Court justice, an Arab-American and two Asian-American cabinet members, we see visible progress in our national quest for equality and fair treatment. While we are humbled by the work that remains, the United States of America is proud of our record of accomplishment. We are determined to extend it, and we are committed to continuing this dialogue as we go forward. Ladies and Gentlemen, on behalf of my country, my sincerest thanks.

OFFICE OF FOREIGN ASSETS CONTROL
Global Terrorism Sanctions Regulations, 31 C.F.R. Part 594
Terrorism Sanctions Regulations, 31 C.F.R. Part 595
Foreign Terrorist Organizations Sanctions Regulations, 31 C.F.R. Part 597
General License No. 1

**Official activities of certain international organizations; U.S. person employees of certain governments.**

(a) All transactions and activities with the Palestinian Authority otherwise prohibited under 31 C.F.R. parts 594, 595 or 597 that are for the conduct of the official business of the United Nations are authorized, provided that no payment pursuant to this license may involve a debit to an account of the Palestinian Authority on the books of a U.S. financial institution or to any account blocked pursuant to 31 C.F.R. parts 594, 595, or 597.

(b) U.S. persons who are employees of the governments of states bordering the West Bank or Gaza are authorized to engage in all transactions and activities outside of the United States with the Palestinian Authority that are otherwise prohibited under 31 C.F.R. parts 594, 595 or 597 in support of the U.S. persons' official duties, provided that no payment pursuant to this license may involve a debit to an account of the Palestinian Authority on the books of a U.S. financial institution or to any account blocked pursuant to 31 C.F.R. parts 594, 595, or 597.

(c) For purposes of this General License only, the term "United Nations" means its principal organs, including funds, bodies, commissions, agencies, departments and other entities of the Security Council, General Assembly, Economic and Social Council and Secretariat, specifically including, among others, the World Bank, the International Monetary Fund, the World Food Programme, and the World Health Organization.

Dated: April 12, 2006

*Barbara Hammerle*

Barbara C. Hammerle
Acting Director
Office of Foreign Assets Control

OFFICE of Foreign
ASSETS Control Global
Responsi Terrorist sanction
Compliance Regulations 31 C,F.R
PART 595.

# ETHIOPIAN FEDERATION, INC.

  

### Melchizedek Charter Local Twenty/Two

**GREETINGS IN THE NAME OF OUR FATHER**
**HIS IMPERIAL MAJESTY EMPEROR HAILE SELASSIE I BLESSED LOVE**
**SOVEREIGNTY INTERNATIONAL TRIBAL GOVERNMENT FEDERAL RECONIZED, NATION AMERICAN NATIVES TO EXERCISE JURISDICTION**

1. Special Attention of                          Notice :  CPD-05-04
All Regional Office Directors
All Field Office Directors                   Issued :  June  17, 2010
All Field Environmental Officers
All Public Housing Office Directors          Expires:  June  17, 2025
All CPD Office Directors

                    24 CFR Part 58      Notice CPD-03-01

Subject
Implementing Risk Analysis for Monitoring Responsible Entities for
Compliance with 24 CFR Part 58 for FY 2010-2025
This Notice extends the provisions of Notice CPD-03-01 (originally
issued February 10, 2003).  The original Notice is attached for your
reference.

This Notice is extended through July 1, 2025

2 Ethiopian World Federation Inc: and Coalition of International
Criminal Court: To Monitoring Responsible Real Estate Brokers,
Companies, Entities of the complaince of Federal Regulation. Debt
Reduction Task/Force co-chair and former Senate Pete Domenici(R-
Minn) speaks: The Task/force operated under the premise that
everyone must give up something in order to reduce the debt, thus
the plan includes a 6.5 percent consumption tax on all good and
services.  It also puts a freeze on non-discretionary spending
for four years and a freeze on defense spending for five years.
The spending freezes will force government to be more efficient
and agree on priorities, says former Federal Reserve Vice
Chairman Alice Rivlin.

1

Exhibit:
Implementing Risk
Analysis For Monitor

At its eighth plenary meeting, on 26 November 2009, the Assembly of States Parties to the Rome Statute of the International Criminal Court (the Assembly) decided to convene the Review Conference of the Rome Statute of the International Criminal Court (the Review Conference) in Kampala, Uganda from 31 May to 11 June 2010.

On 7 August 2009, the United Nations Secretary General convened the Review Conference and sent letters to all Heads of State.

On 15 September 2009, the President of the Assembly invited Governments to attend the Review Conference (ASP/2009/139).

Further to these, the Secretariat sent invitations to States and other entities in January 2010 (ICC-ASP/RC/SP/55).

The Assembly has a Bureau consisting of the President, two Vice-Presidents and 18 members elected by the Assembly from among the representatives of the States Parties for three-year terms. At the beginning of the sixth session, the Assembly elected H. E. Mr. Christian Wenaweser (Liechtenstein) to serve as President for the period 2008-2011.

## PARTICIPANTS

### STATES

All States Parties to the Rome Statute are entitled to participate in the meeting and will have the right to request the inclusion of supplementary items on the agenda, deliver statements, and to vote. Other States which have signed the Statute or the Final Act are also invited to participate in the meeting as observers, without a right to vote. A State which is not a party and does not have observer status may be invited by the President subject to the approval of the Conference.

Each State Party shall be represented by one representative, who may be accompanied by alternates and advisers. Each Observer State may be represented in the Conference by one designated representative, who may be accompanied by alternates and advisers. The representative may designate an alternate or an adviser to act in his/her capacity.

### INTERGOVERNMENTAL AND OTHER BODIES

Entities, (regional) intergovernmental organizations and other entities with a United Nations General Assembly (UNGA) standing invitation, as well as other international bodies who were invited to the Rome Conference, accredited to the Preparatory Commission or are invited by the Assembly, may participate as observers, without the right to vote. (See *Rules of Procedure of the Review Conference*).

The President of the Court, the Prosecutor and the Registrar, or their representatives, may participate, as appropriate, in meetings of the Conference and the Bureau in accordance with the *Rules of Procedure of the Review Conference* rule 23 and may make oral or written statements and provide information on any question under consideration.

### UNITED NATIONS

The United Nations has a standing invitation to participate, without the right to vote, in the work and deliberations of the Conference. The Secretary-General of the UN, or his/her designated member of the UN Secretariat, may participate in the meetings of the Conference and the Bureau. He/She may make oral or written statements concerning any question under consideration by the Conference which pertains to United Nations activities and provide information as appropriate.   **DECISION-MAKING**

Every effort shall be made to reach decisions in the Conference and in the Bureau by consensus. If consensus cannot be reached, decisions shall be taken by vote. Each State Party shall have one vote. Decisions on matters of substance must be approved by a two-thirds majority of States Parties present and voting. Decisions on matters of procedure shall be taken by a simple majority of States Parties present and voting. States Parties are reminded of article 112, paragraph 8, of the Rome Statute of the International Criminal Court which reads: "A State Party which is in arrears in the payment of its financial contributions towards the costs of the Court

shall have no vote in the Assembly and in the Bureau if the amount of its arrears equals or exceeds the amount of the contributions due from it for the preceding two full years. The Assembly may, nevertheless, permit such a State Party to vote in the Assembly and in the Bureau if is satisfied that the failure to pay is due to conditions beyond the control of the State Party."
As at 14 March 2010, there were 10 States in arrears.

[edit] United Nations
Main article: United Nations

Emblem of the United Nations World War II, 1939–1945, resulted in an unprecedented scale of destruction of lives (over 60 million dead, most of them civilians), and the use of Weapons of Mass Destruction. Some of the acts committed against civilians during the war were on such a massive scale of savagery, they came to be widely considered as crimes against humanity itself. As the war's conclusion drew near, many shocked voices called for the establishment of institutions able to permanently prevent deadly international conflicts. This led to the founding of the United Nations in 1945, which adopted the Universal Declaration of Human Rights in 1948. Many, however, felt that the UN, essentially a forum for discussion and coordination between sovereign governments, was insufficiently empowered for the task. A number of prominent persons, such as Albert Einstein, Winston Churchill, Bertrand Russell and Mahatma Gandhi, called on governments to proceed further by taking gradual steps towards forming an effectual federal world government.

The EU's lead is being followed by the African Union, the Union of South American Nations, the Organization of Central American States, and the Association of Southeast Asian Nations. A multitude of regional associations, aggregating most nations of the world, are at different stages of development towards a growing extent of economic, and sometimes political, integration.
[edit] African Union

Map of AU nations. The African Union (AU) is an organization consisting of fifty-three African states. Established on July 9, 2002, the AU was formed as a successor to the amalgamated African Economic Community (AEC) and the Organization of African Unity (OAU). Eventually, the AU aims to have a single currency and a single integrated defense force, as well as other institutions of state, including a cabinet for the AU Head of State. The purpose of the union is to help secure Africa's democracy, human rights, and a sustainable economy, especially by bringing an end to intra-African conflict and creating an effective common market.

Projects for improved economic and political cooperation are also happening at a regional level with the Arab Maghreb Union, the Economic Community of West African States, the Economic Community of Central African States the Southern African Development Community and the East African Community.

*Financial literacy*: encompassing education aimed generally at improving household budgeting, savings, and the use of credit, without being geared specifically to owners or prospective owners.
*Fair housing*: encompassing education about fair housing laws and regulations and providing guidance for tenants, landlords, and property managers on nondiscriminatory practices in managing and selling

3

housing.

***Predatory lending***: encompassing education for both current and prospective homeowners on how to avoid mortgages with unreasonable or inappropriate terms and conditions or other lending practices that serve to strip homeowners of equity and trap them in unaffordable mortgages.

In conducting the survey of counseling agencies for this study, we used the categories defined by HUD to gather information about specific practices employed by agencies in serving clients of these different types. However, one difference from the standard HUD categories that we employed was to separate out counseling related to HECMs from other post-purchase counseling given the specific nature of these services and the growing demand for this assistance. In addition, several of the workshop categories were not in use by HUD at the time the survey was developed. Specifically, the financial literacy workshop was not provided as a category, while workshops aimed at assisting homeowners to resolve or prevent mortgage delinquency were combined with those designed to assist

The modern housing counseling industry is about 40 years old, with roots in the urban renewal initiatives of the 1960s.[6] The 1968 Housing and Urban Development Act, which established HUD as a cabinet level agency, included a "housing counseling" program as part of HUD's original mission. As evidenced in the authorizing language used and the focus of initial funding efforts, Congressional support for housing counseling was rooted in the goal of helping low- and moderate-income families succeed as homeowners. The initial authorization language specifically focused on efforts to counsel borrowers in the Section 235 and 237 programs that sought to extend mortgage financing to riskier low-income individuals.[7] HUD's mandate to support counseling was further extended in 1970 when Congress broadened the authorizing language to include counseling for low- and moderate-income families receiving assistance more generally under the National Housing Act that established the Federal Housing Administration (FHA) with the goal of "improving their living conditions and housing opportunities, and in meeting the responsibilities of homeownership."[8] The early focus of counseling on efforts to help low-income borrowers succeed as homeowners was further evidenced by a Congressional appropriation of $3.2 million in 1972 to fund a demonstration on delinquency and default counseling. In fact, it was not until 1974 that Congress increased the scope of the Housing and Urban Development Act to include tenants in rental housing as recipients of housing counseling efforts.

While HUD's initial authorization called for it to "provide or contract with public or private organizations" to provide housing counseling, for most of the first decade of HUD's existence Congress did not appropriate any funding to support these activities. Instead, Congress intended for HUD to "recruit, train, and certify non-profit organizations who would provide counseling services voluntarily to families seeking to purchase homes."[9] In keeping with this mandate, HUD began to approve counseling agencies in 1969. However, during the mid 1970s rising concern about high claim rates among low- and moderate-income families in FHA's programs led to Congressional support for housing counseling funding through HUD. Congress first authorized the use of funds for counseling in 1974, but it was not until 1977, in the wake of hearings on high claim rates in the

[6]

This section draws heavily upon two thorough discussions of the history and development of the housing counseling industry: "Report to Congress on Housing Counseling," U.S. Department of Housing and Urban Development, 1983; and "Bridging the Gap Between Supply and Demand: The Evolution of the Homeownership,

Education, and Counseling Industry," by George W. McCarthy and Roberto G. Quercia, The Research Institute for Housing America, Institute Report No. 00-01, May 2000.

7

The Section 235 program provided an interest rate subsidy to low- and moderate-income homeowners. The Section 237 program is a mortgage insurance program for low- and moderate-income families who are unable to meet the normal underwriting standards of FHA's other single family programs.

[8] Public Law 91-609, 84 Stat. 1770, 1970.

[9] HUD, 1983.

**Chapter 2. Overview of the Housing Counseling Industry 9** Section 221 and 235 programs, that the first appropriation of funds was made.[10] Initial appropriations increased from about $3 million initially to about $10 million in 1979-80, before stabilizing at about $3.5 million for the remainder of the 1980s.

**Trends Since the Early 1990s**

There were no major developments in the counseling industry during the 1980s, but a variety of trends converged in the early 1990s to provide renewed impetus to housing counseling as a means of supporting homeownership for low- and moderate-income households. Perhaps the most significant development was the establishment of housing goals for the government-sponsored enterprises (GSEs), Fannie Mae and Freddie Mac, in 1992 as part of the Federal Housing Enterprise Financial Safety and Soundness Act. The Act called for HUD to establish annual goals for the GSEs to have a fairly significant proportion of their activities involving housing occupied by low- and moderate-income borrowers and tenants. The establishment of the housing goals forced the GSEs to expand their lending programs aimed at lower-income households, which the GSEs coupled with requirements for housing counseling with the goal of mitigating the risks associated with these loans. With the GSEs accounting for a large share of the residential mortgage market activity nationally, their counseling requirements help spur the expansion of the counseling industry during the 1990s.

About the same time, amendments to the Community Reinvestment Act (CRA) in 1989 provided further stimulus to the growth of pre-purchase counseling. The CRA amendments created new standards for banking institutions to demonstrate that they were meeting the needs of the areas where they took deposits.[11] Among these standards was a community service test which could be met by providing support for local community-based organizations (CBOs). Lenders also had to meet investment tests related to their lending activity in their service areas. A common response to CRA requirements was for banks to provide financial support to CBOs to provide pre-purchase counseling in support of mortgages made by the bank. This vested interest of banks in supporting pre-purchase counseling by local agencies provided a source of funding that helped build the capacity of the counseling industry.

In general, the early 1990s saw a great increase in the emphasis of Federal and state policy makers on efforts to increase low-income and minority homeownership. One important development at the federal level was the establishment of the HOME program in the early 1990s, which created a source of down payment assistance for state and local governments that commonly came with counseling requirements. State housing finance agencies (SHFAs) also came to increasingly support housing counseling as a means of reaching lower-income homebuyers. All of these forces further contributed to the growing use of pre-purchase counseling.

5

Exhibit 2-1 shows the growth in number of counseling clients (excluding those who just attended workshops) since 1994 based on data reported to HUD by approved agencies. As of 1994, there were nearly 250,000 counseling clients assisted by HUD-approved agencies, of which nearly half were renters, a little more than a quarter were current homeowners, a sixth were homeless, and about a tenth were pre-purchase clients. Thus, at the start of the 1990s, pre-purchase counseling accounted

10
    Section 221(d)(2) provided mortgage insurance for low-cost homes for low- and moderate-income families.

11 for the smallest share of all counseling clients. Interestingly, renters accounted for by far the largest share of counseling clients, despite the fact that most of HUD's support for counseling derived from concerns about low-income homebuyers. HUD's emphasis on helping homeowners is evident, however, when the number of clients reported as being assisted using HUD funding is considered. Of the total clients assisted that year, roughly 49,000 were reported to have been assisted using HUD funding, and of these clients 57 percent were current homeowners, only 25 percent were renters, and, again, only about a tenth were pre-purchase clients. Data on the number of counseling clients assisted with HUD funding in 1981 show a very similar mix of counseling clients, suggesting that HUD's emphasis on using counseling to help existing homeowners had been evident for some time.

**Exhibit 2-1. Trends in Housing Counseling Clients 1994-2007** 0 100,000 200,000 300,000 400,000 500,000 600,000

1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 Federal Fiscal Year Pre-Purchase Post-Purchase Rental Homeless/ Other

Sources: HUD 9902 data; 1994-2002 from HUD RFP; 2003-2007 from tabulations by Abt Associates.

Beginning in 1995 the volume of pre-purchase counseling clients began to grow rapidly. This coincides with the initial establishment of transitional housing goals by HUD in October of 1993 and the first permanent goals established in 1996.[13] Between 1994 and 1997 the number of pre-purchase

12
    Information presented in U.S. Department of Housing and Urban Development, Request for Proposal C-OPC-22921, Evaluation of HUD's Counseling Program, November 22, 2005.

13
    "Characteristics of Mortgages Purchased by Fannie Mae and Freddie Mac, 1993-1995," by Paul Manchester, Sue George Neal, and Harold L. Bunce, U.S. Department of Housing and Urban Development, Housing Finance Working Paper Series, No. HF-003, March 1998.

**Chapter 2. Overview of the Housing Counseling Industry 11** clients nearly doubled each year. After declining somewhat in 1998, pre-purchase client volumes then increased to more than 200,000 in 1999 before settling at around 250,000 a year through 2004— an increase of more than 10-fold from the 1994 level. During this same period, there was also significant growth in all other types of counseling clients, with post-purchase and renter client volumes both more than tripling between 1994 and 2004 and homeless clients nearly doubling. By 2004, pre-purchase clients were the second largest group of counseling clients,

6

accounting for 30 percent of all clients and second only to renters, who continued to account for the single largest share of clients.

In 2005 there was a significant surge reported in pre-purchase counseling clients, to more than 500,000. A similar surge was evident in the volume of individuals attending pre-purchase workshops over this same period (Exhibit 2-2). As shown in Exhibit 2-1, post-purchase counseling client volumes also increased fairly sharply, to more than 300,000, while both renters and homeless clients grew at a more moderate pace. But 2005 was something of a turning point, as in the two years after that the volume of pre-purchase counseling clients fell back to just above 300,000 while the volume of post-purchase counseling clients increased sharply to nearly 500,000—now accounting for the single largest share of all clients. Roughly half of the increase in post-purchase clients is among delinquent homeowners and half among owners seeking assistance with refinancing decisions and reverse mortgages.

Mortgage and Tax Fraud
 for conspiring with home builder Thomas Parenteau to commit a mortgage fraud scheme in which the pair defrauded banks into lending more than $10 million to Gongwer, his Gongwer and others negotiated and participated in five real estate deals in which Gongwer, a nominee or another buyer would purchase a luxury home for a falsely-inflated purchase price and receive a kick-back. In each transaction, the buyer, or Gongwer on the buyer's behalf, would misrepresent his or her income and assets in order to obtain approximately financing for approximately 90 percent of the inflated purchase price. The parties to the transactions attempted to justify the inflated purchase prices by creating false work-change orders and addenda that created the appearance that the inflated prices represented additional, substantial work to be General, audited the City and County of Denver's (City) Neighborhood Stabilization Program I (NSP I). We selected the City for review based on our risk assessment considering the amount of Housing and Economic Recovery Act of 2008 (HERA) and American Recovery and Reinvestment Act of 2009 NSP funds it received

## *The International Criminal Court Alliance Thanks the Following Partner*

## The Stanley Foundation
**Presented in Cooperation with**
Ethiopia/African Diaspora Foundation • American Bar Association, Section of International Law •

7

Ethiopian World Federation Inc:

2.  Jerry Rogors

3.  S.L. Wilcox …..(Program Coordinator/Consultant)e-mail:…. ewholistichpc@aol.com
                                                                    ( Phone# 323-571-7908)

4.  422 East 41st street

5.  Los Angeles, California 90011

6.   Phone: 816-718-6769

7.

8.  Attorney's  for plaintiff's Ethiopian World Federation Inc; as Receiver for the peoples'of the World:

9.

10.

11.                      **UNITED STATES DISTRICT COURT**

12.           **CENTRAL DISTRICT OF CALIFORNIA--(**Western division)

13.                                        *Case No#* CV10 – 8067 – R,
                                          *Exempt from filing Fees 18 U.S.C:3006A*

14.  ETHIOPIAN WORLD FEDERATION INC:

          Receiver's for the people's of the World          )     *Complaint for damages for:*
15.                        Plaintiff's                        )1.States and Local Law enforcement
                                                              )   Accountantable Act's of 2005:
16.                                                           )2. R.I.C.O. Act's:
                                                              )3. United Nation's  Resolution Terr
17.        vs.                                                )   -orist Assets Patriot Act of 2001
                                                              )4. Quiet Title of fraudulent Federal
18.                     Defendants                            )     Properties:
                                                              *Emergency Freeze on United States*
                                                              )*properties:  Recovery Act's 2009*
19.  Indy Mac, Pinnacles Estates Inc: Downey Saving and       )
         Loans  Institutions, Law Enforcement Agency;         )
20.  Real Estates Brokers, any other's similar Terrorist;     )
         One/West Bank, etc;                                  )
21.                                                           )
     _____        )*Demand for Jury Trial*
22.

CUMPLAINT FUR DAMAGE
FUR Sale and LOCAL LAW
ENFORCEMENT, ACCOUNTABLE
ACt's of 2005, U.N
Resolution & Quiet title.

## TABLE OF CONTENT

1.  **Affidavit in support: Grand Jury Indictment of probable cause conspiracy, false arrest other's criminal violation against United States**

2.  **United Nations, office on Drugs and crimes and Terrorism Prevention (Bulletin on Narcotic- 1984 Issue 4-006 ).**

3.  **Administrative Dispute Resolution Act of 1996**

4.  **Congress Urged to get Tough on abusive Police.**

5.  **Jurisdiction and Venues**

6.  **Complaint for "RICO Act" Discrimination**

7.  **Affidavit Establishing Violation of the Ordered of this United States and the International Code, Request for Alternative Enforcement, Consent Ordered: Emergency Ordered!**

8.  **Operation Fed-Rent/ Administration Dispute Resolution Act of 1996  (EU-US Safe Harbor Companies:**

9.  **Global Asset Freeze Ordered UNDCP Working Groups (Morava Ordered to carry out Terrorist Acts:**

10.  **Quiet Title of Fraudulent Federal Property Recovery Act's of 2009 of Feb. 17;**

11.  **Special Report on possible Fraud for victim on Terrorist.**

12.  **Letter from to the Attorney General  Honorable Eric Holder, Office (Financial**

13.  **Crimes Task/Force).**

# ETHIOPIAN FEDERATION, INC.

  

## Melchizedek Charter Local
### Twenty/Two

**GREETINGS IN THE NAME OF OUR FATHER**
**HIS IMPERIAL MAJESTY EMPEROR HAILE SELASSIE I BLESSED LOVE**
**SOVEREIGNTY INTERNATIONAL TRIBAL GOVERNMENT FEDERAL RECONIZED NATION AMERICAN**
**NATIVES TO EXERCISE JURISDICTION**

1.  Administrative Dispute Resolution Act of 1996.

2.  5 U.S.C.As 571 Title 5 Government Organization and Employees

3.  Public Law 104-333 Approved 11-12-96

4.

5.                        Administrative Program

6.  Includes Federal Function which involved protection of the public interest and the determination of

7.  Rights, privileges and obligations of private persons through rule making, adjudication, licensing,

8.  Or investigation, as those terms are used in subchapter II of this chapter:

9.                        Alternative means of dispute Resolution

10.  Means any procedure that is used to resolve issues in controversy, including, but not limited to,

11.  Conciliation, facilitation, mediation, factfinding minitrials, arbitration, and use of ombuds, or any

12.  Combination thereof:

13.           " Award" means any decision by an arbitrator resolving the issues in controversy:

Administrative Dispute
Resolution Act of
1996. 5 U.S.C. As 571
Title Govi Organization &
Employees.

14. Dispute Resolution communication means any oral or written communication prepared for the

15. Purposes of a work product of the neutral, parties or non-party participant:  Except that a

16. Written agreement to enter into a dispute Resolution proceeding, or final written agreement or

17. Arbitral Award reached a result of a dispute Resolution proceeding, is not a dispute Resolution.

18. Section 2 of Pub. L 101-552 Provided that,  The Congress finds that--(1) administrative procedure,

19. As, embodied in chapter 5 of title 5, United States Code (chapter 5 of this title), and other statutes,

20. Is intended to offer a prompt, expert and inexpensive means of resolving disputes as an alternative

21. To litigation in the Federal Courts:  (2). Head of each agency shall designate a Senior Official to be

22. The dispute resolution specialist of the agency.  Such official shall be responsible for the impleme-

23. -ntation of--(1) the provisions of the Act (Public Law 101-552 for distribution of which se Short

24. -Title set out under this section and Tables) and the amendments made b~ this Act: and (2) the

25. Agency policy developed under subsection (a).  For the purposes of this section, the term

26. Federal Acquisition Regulation" means the single system of Government-wide procurement

27. Regulation referred to in section 6(a) of the Office of Federal Procurement Policy Act (41 U.S.C.

28. 405(a) of Title 41, Public Contracts)," Section 9 of Pub. L. 101-552 provided that : a. Represent-

29. -ation of parties--Each agency, developing a policy on the use of alternative means of dispute

30. Resolution under this Act (Pub. L. 101-552 for distribution of which, see Short Title note set out

31. Under this section and Tables), shall develop a policy with regard to the representation by persons

32. To the representation by persons other than attorneys of parties in alternative dispute resolution

33. Proceedings and shall identify any of its administrative programs with numerous claims or disputes

34. Before the agency and determine--the extent to which individuals are represented or assisted by

35. Attorney or by persons who are not attorneys; and whether the subject areas of the applicable

36. Proceedings or the procedures are so complex or specialized that only attorneys may adequately

37. Provide such representation or assistance. Representation and assistance by non-attorney to any

38. Individual in a claim or dispute with an agency, if--(1) such claim or dispute concerns anadminist-

39. -rative program identified under subsection (a); (2) such agency determines that the proceeding or

40. procedure does not necessitate representation or assistance by an attorney under subsection(a)2;

41. And:

42.                                    Department of the Treasury of Foreign

43. United Nation urges International Organizational, Non-Government Organization, to fight Global

44. Warning, fraud across the World and climate change. More than 4000 business Organization in

45. 116 Countries have joined the Global compact established by the United Nation in 2000 to

46. Promote Human Rights' better labors' practices, enviornment protection and anti-corruption

47. Standards for business. Director H. Glen Fuller I; and Housing Secretary for the Ethiopian

48. World Federation Inc# 22; Task/Force, request to freeze the following asset of the following;

49. Individual's Corporation, Entities, for the reason listed below: The city of Los Angeles, city

50. Attorney office, had fraud explores 24 billions' annual tab for worker, public abuse after down-

51. -playing the score for years, Los Angeles County official's have started too quietly acknowledge

52. That scams by County employees' and receints of County Service may be costing taxpayers'

53. Nearly 5 Billion a year. Prosecutor estimate fraud in food stamp in Home-Care and Health-care

54. Cost more than 200 million, while they continue to downplay the system with foolish behavior.

55. The mismanagement of a project to relocate the headquarters of a L.A. County Sheriffs' Depart;

56. Special forces bureau began when it was handed to Sheriffs' Lee Baca, from the depart; of public

57. Works, an audit release Monday 8/13/2007, Baca authorized about 1 million in payment for work

58. That was done before he obtained the authority to do so, according to the audit. For example, in

59. May 2005, he authorized a contractor to do additional demolition work totaling 303,586.00.

60. Although he only had authority to spend 150,000.00.  In six cases, he authorized work without a

61. Sign agreement.  Our review indicates that the sheriffs' did not adequately manage the project.

62.                                    Code of Ethics

63. The trust of the public and the operation of the United States required that all states officials,

64. Whether appointed or elected, paid or unpaid, be imparial and responsible to the public.  Public

65. Office and employment must not be used for personal or financial advantage or gain.  The public

66. Needs and deserve to have confidence in the integrity of the Municiple Government of the States.

67. The proper operation of State Government requires that the public officials Act as public servants;

68. Courteous impartial honest, open and responsible for the property and resources of the community;

69. That they make Government decision and policies in the proper way. Privacy law as an individual

70. Person right's and professional ethics. Which could as early invasion of privacy could be treated as

71. Trespass, assault, or eavesdropping.  Third parties when that disclosure would cause either embar-

72. -rassment or emotional distress to a person of reasonable sensitivities.  Public Office and employ-

73. -ment must not be used for personal of financial advantage or gain.  The public needs and deserve

74. To have confidence in the integrity of our Business they serve in the community.  The U.N. can

75. Play an important role in strengthening legal approaches to terrorism. A number of Resolutions

76. Condemning Acts of terrorism.  Resolution 1377(Nov.12, 2001) call on all Countries to take

77. "URGENT STEP" to put into effect Resolution 1373 and1377.

78.                    Chapter IV Responsibility of International Organizations

79. Mr. Giorgio Gaja as Special Rapporteur for the topic, for the responsibility of International Organ-

80. -izations; at the same session the commission established a Working Group on the topic. Of

81. International wrongful acts, relating to the responsibility of members, states for conduct that is

82. Attributed to an international organization, and questions relating to the content of international

83. Responsibility, implementation of responsibility and settlement of disputes. Most of the amend-

84. -ments proposed in the seventh report concerned the part dealing with the internationally wrongful

85. Act of an international organization.  Assisting the legal Counsel in the overall direction and mana-

86. Gement of the office of legal affairs in the coordination of legal opinions, studies and advice and

87. Services to the United Nations, as a whole; parparing legal opinions, studies and advice on the inte

88.-rpetation and drafting of the Charter and on the interpretation and drafting of rules of international

89. Public law, including International Criminal and Humanitarian law, United Nations, Resolutions

90. And regulations and the Convention on the privileges and Immunities of the United Nations, as

91. Well as preparing agreements and other legal intruments regulating relations of the United Nations,

92. With members states, Intergovernmental Organizations, non-governmental and other legal entities;

93. Preparing legal arrangements for and providing advice on legal aspects of peacekeeping and other

94. U.N. operations and activities;  Providing secretariat services to the communities on relations with

95. The host Country and dealing with question arising out of the Headquarters, agreement with the

96. U.S. and other host Governments;  Preparing draft rules of procedure and advising U.N. organs and

97. and Conferences on the conduct of  business;  Maintaining liaison with the Internation;  Court of

98. Justice and discharging the legal responsibilities of the Secretary General.

# ETHIOPIAN FEDERATION, INC.

  

### Melchizedek Charter Local Twenty/Two

GREETINGS IN THE NAME OF OUR FATHER
HIS IMPERIAL MAJESTY EMPEROR HAILE SELASSIE I BLESSED LOVE
**SOVEREIGNTY INTERNATIONAL TRIBAL GOVERNMENT FEDERAL RECONIZED NATION AMERICAN
NATIVES TO EXERCISE JURISDICTION**

1.   COMES NOW, the Plaintiff, ETHIOPIAN WORLD FEDERATION INC: as Receiver for the

2.   Peoples' of the World or the "plaintiff" and alleges as follows:

3.   <u>**JURISDICTION & VENUES**</u>

4.   This District Court has jurisdiction over this action pursuant to 12 USC; 1819(b)(2)(A) and 28

5.   USC;1345 because the district courts have original jurisdiction over civil actions in which the

6.   Ethiopian World Federation Inc: is the party, which actions are deemed to arise under the laws of

7.   The United States.  The District Court is the proper venue for this action pursuant to 28 USC;.

8.   1391(b)(2), because this is a civil and criminal action not founded solely on diversity of citizenship

9.   And a substantial part of the events or omissions giving rise to the claim occurred within this

10. Judicial district.

11.                          <u>***The Parties***</u>

12. Ethiopian World Federation Inc: is a International Organized under the laws of the United Nations

13. And the United States of America and has the power to sue and be sued in any court of law or

**1.**