ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number: 119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819

Attorney for Federal Defendant Eric K. Shinseki, Secretary of Veterans Affairs

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAROLD GLEN FULLER, on behalf of themselves and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VA's Affairs Penco LTD, DMV, L.A. Superior Court, Terrorist Organization AT&T and Mobile Mini, LLC,<br><br>    Defendants. | Case No. CV 10-8067 R<br><br>ORDER OF DISMISSAL WITHOUT LEAVE TO AMEND<br><br>The Honorable Manuel L. Real |

The Motion to Dismiss and in the alternative Motion for a More Definite Statement filed by Defendant Eric K. Shinseki, Secretary of Veterans Affairs ("Federal Defendant") against the First Amended Complaint filed by plaintiff Harold Glen Fuller ("Plaintiff") came on for hearing on February 7, 2011.

///
///
///
///
///

1  Federal Defendant appeared by Jonathan B. Klinck, AUSA, and Plaintiff
2  appeared in *pro per*.  The Court having reviewed the Motion to Dismiss, and the
3  opposing and reply papers, and argument of Mr. Fuller having been heard,
4  IT IS ORDERED that the First Amended Complaint be, and hereby is
5  dismissed with prejudice plaintiff Harold Glen Fuller ("Plaintiff") .
6  DATED: February 8, 2011

                              _____
                              UNITED STATES DISTRICT JUDGE

17  Respectfully submitted,
18  ANDRÉ BIROTTE JR.
    United States Attorney
19  LEON W. WEIDMAN
    Assistant United States Attorney
20  Chief, Civil Division

22        /s/
    JONATHAN B. KLINCK
    Assistant United States Attorney

23  Attorneys for Federal Defendant

2

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 7, 2010, I served **[PROPOSED] ORDER OF DISMISSAL WITHOUT LEAVE TO AMEND** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: February 7, 2010. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Harold Glen Fuller
422 East 41st Street
Los Angeles, CA   90011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: February 7, 2010 at Los Angeles, California.

_____/s/_____
Rossana Alvarez